**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1387**

YOLANDA DICKERSON,

                    Plaintiff – Appellant,

          v.

EXPERIMENT IN SELF RELIANCE,

                    Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:12-cv-00264-CCE-JEP)

Submitted:  May 23, 2013                    Decided:  May 28, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Yolanda Dickerson, Appellant Pro Se. Theresa Sprain, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yolanda Dickerson appeals the district court's order dismissing her employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dickerson v. Experiment in Self Reliance</u>, No. 1:12-cv-00264-CCE-JEP (M.D.N.C. Feb. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>